IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR LITTLEFIELD, JR., | 1:08-cv-00433-AWI-TAG (HC) |
| Petitioner, | ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER |
| vs. | |
| WARDEN SISKO, | (Doc. 10) |
| Respondent. | |
| _____/ | |

GOOD CAUSE APPEARING,

IT IS ORDERED that Respondent's motion for a 30-day enlargement of time within which to file an answer to the petition for writ of habeas corpus in this matter is granted. The answer shall be filed on or before September 20, 2008. This order is made nunc pro tunc to August 20, 2008.

IT IS SO ORDERED.

Dated:  **September 12, 2008**           /s/ Theresa A. Goldner
                                    UNITED STATES MAGISTRATE JUDGE