UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ARTHUR LITTLEFIELD,

               Petitioner,

    vs.

WARDEN SISKO,

              Respondent.

_____/

1:08-cv-00433 AWI TAG  (HC)

ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE

(Doc. 17)

      On October 14, 2008,  Petitioner filed a motion for an extension of time to file his traverse to Respondent's answer in this action.  (Doc. 17).   The Court has considered Petitioner's motion, finds that good cause exists to grant it, and makes the following order:

      1.  Petitioner's motion for an extension of time to file a traverse is GRANTED; and

      2.  Petitioner shall have to and including November 19, 2008 to file a traverse.

IT IS SO ORDERED.

Dated:   **October 21, 2008** 

                                          **/s/ Theresa A. Goldner**
                                   UNITED STATES MAGISTRATE JUDGE